■ In the Matter of WILLIAM T. BOONE, Respondent, v. WILLIAM F. LARKIN et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and JOHN V. WARD, JR., Appellant.— In a proceeding to invalidate petitions *inter alia* designating appellant as a candidate in the Democratic Party Primary Election to be held on June 20, 1972 for the public office of Member of the Assembly for the 56th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, entered June 14, 1972, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, P. J., Munder, Latham, Shapiro and Gulotta, JJ., concur.